Exhibit A to the First Amended Complaint

**Location:** Santa Clara, CA  
**Total Works Infringed:** 67  
**IP Address:** 174.62.109.42  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B4E84CDB23756C615F1D5598BB63E3FF6E131A04 | 01/22/2025 04:16:09 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 2 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 01/22/2025 04:10:20 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 3 | 02A8D8D7821F6257E29A3155567156C3C575F94D | 01/18/2025 04:14:11 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 4 | 1600A62A0288EBD8F184F3C66E7D38F8CB1C8A0C | 01/07/2025 02:01:12 | Blacked Raw | 12/16/2024 | 01/15/2025 | PA0002509324 |
| 5 | 2DD82B1F585524B25507D37032959C11103D027F | 10/16/2024 08:18:06 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 6 | 5DB36BED0C2959544DEA9A8883C15936A52025D7 | 10/15/2024 15:51:16 | Slayed | 04/26/2022 | 06/09/2022 | PA0002361665 |
| 7 | 8D32AB1CB96102625A0B936368E3CE0A33BC5495 | 10/11/2024 23:29:25 | Tushy | 12/11/2022 | 01/10/2023 | PA0002389623 |
| 8 | 4E15FE4042564661B9D46A35085A98566E5D1111 | 10/06/2024 02:33:31 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 9 | CB934DEE5230CCB956DD480BD92C77F607DE7BA5 | 10/05/2024 12:54:26 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 10 | 7FE8476CC2565EED2E8B05B6D3EFBD8D2370E73A | 10/04/2024 08:43:06 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |
| 11 | 6A97C260C5C2EDC04B07774DB692EB7615889D8C | 10/04/2024 02:53:04 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 12 | 9F8EB30883B6B50C1BBE01B734C5819866CA12D7 | 10/02/2024 19:04:31 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 13 | 0E803AB800FF6ACC47DC4B41C74B1E58C457C20C | 10/01/2024 13:46:45 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 14 | 8BC959173C6DCBE70F6E09534D6B5E82A483370E | 10/01/2024 02:32:23 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 15 | DDBA9320AD3DAC4C8F3B107BC94EE15DBC64F5F5 | 10/01/2024 00:23:42 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 16 | 9FEC799515E1508F383A3004FFFFE9CDB9D6BC0C | 10/01/2024 00:23:03 | Blacked Raw | 08/05/2024 | 08/14/2024 | PA0002484841 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 20D49D536912E1265D9389994045CC98A4B5A21D | 09/28/2024 20:46:12 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 18 | F1ED7618A8C8ECABE425FA10243751D863C17F57 | 09/28/2024 02:22:09 | Vixen | 12/23/2022 | 01/10/2023 | PA0002389606 |
| 19 | AFA75C50ECC5097B38CD8FC5E3A50757E48BD975 | 09/27/2024 06:22:05 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 20 | D7B5EEF3D75BD7ED6E8707D06DC45CE2644149BD | 09/23/2024 10:47:23 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 21 | 96502D60ACFB308A88E1BBC6F07DD57D4A74FB84 | 09/22/2024 23:14:50 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 22 | 5CB9AE4EED62FFA3D982F4827667A875D73AAF72 | 09/22/2024 05:17:33 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 23 | D212CC5B4061740A931F101DC63A79BCE63A4A34 | 09/21/2024 19:35:40 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 24 | F40926CD454C2FA1BA80F98FF72792BFAC73B4DE | 09/20/2024 23:29:53 | Blacked | 12/03/2022 | 01/10/2023 | PA0002389627 |
| 25 | 8AB83F8C8BFCD1920F07D4F0EF1927DA6F5FC859 | 09/20/2024 14:28:20 | Blacked Raw | 07/12/2021 | 09/21/2021 | PA0002312676 |
| 26 | 6F97EF913D700E780778C3AE0A05912898B43C40 | 09/17/2024 02:24:18 | Blacked Raw | 07/18/2022 | 08/30/2022 | PA0002367753 |
| 27 | 3A7CCA9EF9DDA9FAD40889FC9B15F8136BA29EBF | 09/15/2024 21:23:04 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 28 | 5F7ECEC43C4006B251CA2DB390550CA89DFE731B | 09/15/2024 12:19:24 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 29 | 135D479687B51EEB4015C320C356105E1BC50933 | 09/14/2024 17:13:46 | Vixen | 07/07/2023 | 07/13/2023 | PA0002420346 |
| 30 | 74EABE20FA54441FF157896802DEFB8D03790DC1 | 09/12/2024 23:36:09 | Blacked | 07/15/2023 | 08/17/2023 | PA0002425771 |
| 31 | 57763A5B3583A13492A671B9919D28555796546C | 09/10/2024 05:19:21 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 32 | 5FDCAB0DE4A8DEFC3612AE66E70B74E6DF03726C | 08/30/2024 07:25:10 | Tushy | 12/12/2021 | 02/03/2022 | PA0002341808 |
| 33 | 0786C396AE1CD01BDBAB6CC3971C1D1D7AC53D0F | 08/20/2024 16:03:23 | Tushy | 06/19/2022 | 08/10/2022 | PA0002370907 |
| 34 | B96CA9F55DC89598B95821FDA6127249E9412534 | 08/15/2024 19:22:54 | Blacked | 03/20/2021 | 04/14/2021 | PA0002286724 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 7369EA6574DBB3BFA45817C8E3A870E13A3FF9A9 | 08/11/2024 20:30:51 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 36 | 9EA9EC8A10A438E9DFF84C99E7B3F183E3873248 | 08/07/2024 16:53:21 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 37 | 28F748ED412CD09A90BB250C6659D9377A64C9D0 | 08/06/2024 16:21:39 | Slayed | 01/18/2022 | 02/03/2022 | PA0002341748 |
| 38 | 46CA93AFA14271571A631415B20065417ADA1EE5 | 08/04/2024 12:04:49 | Blacked | 07/24/2021 | 09/21/2021 | PA0002312682 |
| 39 | A40DF68983F9217C0A1255D2C78B47A5899FF5D8 | 08/02/2024 14:37:13 | Tushy | 07/24/2022 | 08/29/2022 | PA0002367746 |
| 40 | 30ED59A41FE5F24D587A3D32EBEC13B76C6C71F3 | 08/02/2024 05:11:55 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 41 | C30B557B8086798C8E30B032DEEF7A9931628899 | 08/01/2024 00:38:30 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 42 | 9857C071A31CACD9C3E5703D634E7DE5F1CDB8D7 | 07/28/2024 05:48:08 | Blacked Raw | 05/31/2021 | 06/15/2021 | PA0002296925 |
| 43 | 462D933107D62B74732749F06A420C63BD841D8D | 07/28/2024 02:56:54 | Blacked Raw | 05/30/2022 | 07/21/2022 | PA0002367910 |
| 44 | E8ACBD1E2993AADB8911C5D756FBE334FF472366 | 07/23/2024 11:18:04 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 45 | 2B4216C9748CCE1D5A7D0C73BD7B7E4502AF5D62 | 07/20/2024 19:05:01 | Slayed | 03/15/2022 | 04/21/2022 | PA0002353059 |
| 46 | D3D56E9AA6C68F0B6B23932C46AB152AD6A365B9 | 07/15/2024 13:49:49 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |
| 47 | F5FDC1CA0926F6FCC7151E86CE2FBBEF3954F4B1 | 07/12/2024 10:11:48 | Vixen | 06/21/2024 | 07/16/2024 | PA0002480627 |
| 48 | 3CEB856D1C349718BDBA7BAF396DA01DD4E1D17B | 07/11/2024 06:25:43 | Blacked | 12/26/2020 | 01/05/2021 | PA0002269952 |
| 49 | FFE0EA2FCDA5637BC1ABAF4214659B3EF84B1D32 | 07/11/2024 03:45:57 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 50 | B0AD946A6ED0361DBA5DC14F4C68C57AFD09DA5F | 07/05/2024 17:48:40 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 51 | C72188789D4610FFFFA262247989179DBEEFD16D | 07/02/2024 14:29:36 | Vixen | 10/15/2021 | 10/19/2021 | PA0002317061 |
| 52 | D1D5B5B63479EB2E48D6CA3A9D8BBB082463305C | 06/29/2024 21:45:32 | Vixen | 09/24/2021 | 11/11/2021 | PA0002321289 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 24585A9FA85B81052CC8995D266417293A3F5FF6 | 06/29/2024 01:26:14 | Slayed | 12/13/2022 | 01/05/2023 | PA0002393959 |
| 54 | FBB084DD10A21A3A3549598ED6EDB05E8DCA5D3E | 06/24/2024 08:10:34 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 55 | D22E8B127025F9346D502FA63C4477090706141B | 06/22/2024 02:15:37 | Milfy | 04/24/2024 | 06/24/2024 | PA0002477539 |
| 56 | B9F28F3683BFF39D31ADC2C385ED78415697736C | 04/28/2024 00:59:59 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 57 | 4AD1C34F1F37C65972E5999E6F3E04671C14B3BE | 04/28/2024 00:51:52 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 58 | 742F07FC7A6172E836364513F475E6E00197B653 | 01/11/2024 01:22:20 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 59 | F25817E594908EA8A9E9E38596A20DA2D2230ADA | 09/26/2023 20:54:19 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 60 | 5C7116EE8364B645E49E0F839CF5DC11B95851EC | 04/27/2023 22:56:17 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 61 | 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872 | 04/27/2023 22:42:48 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 62 | 0551AC36E4110AC04ADD7B53D1C815F60F888212 | 04/27/2023 22:42:25 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 63 | B932566CA80214AF1768FCDD8E37A4C272BF016F | 01/30/2023 18:38:15 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 64 | 5EC35A35F0520B3DD481BD64E92B91C57DF374A5 | 01/13/2023 21:01:09 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 65 | 22A9E8CA9EE8E1551B57AA1BDF11553DE20C2B74 | 10/16/2022 17:52:31 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 66 | ED1A41C10DF12572CF0495A9812266933098465C | 10/16/2022 03:28:12 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 67 | 556603EC5B53872BE30767A98D68C904701B3BEF | 08/26/2022 12:19:12 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |