Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
602 Newport Center Drive, Suite 1100
Newport Beach, California  92660
Telephone: (877) 276-5084
steve@vondranlegal.com

Attorney for John Doe IP ADDRESS 174.62.109.42


# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

## SAN JOSE DEVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC. | No. 5:25-cv-01635-EKL |
|  Plaintiff/CounterDefendant | |
|         vs. | **DEFENDANTS COUNTERSUIT FOR DECLARATORY JUDGEMENT** |
| John Doe subscriber assigned IP address 174.62.109.42 | |
| Defendant/CounterClaimant | |
| ------------------------------------------- John Doe subscriber assigned IP address 174.62.109.42 | |
| Defendant/CounterClaimant | |
|         vs. | |
| STRIKE 3 HOLDINGS, LLC. | |
| Plaintiff/CounterDefendant | |

John Doe Defendant IP address 174.62.109.42 ("Defendant") hereby file this countersuit seek declaratory judgement against STRIKE 3 HOLDINGS, LLC.


DEFENDANT'S COUNTERSUIT FOR DECLARATORY JUDGMENT

## COUNTERCLAIM FOR DECLARATORY JUDGMENT

COMES NOW John Doe Defendant, **IP address 174.62.109.42** ("Defendant") filing this counterclaim for Declaratory Judgment under 28 U.S.C. §§2201 and §§2202.

1. There is an actual case or controversy as to whether or not Defendant is an infringer of Plaintiff's copyrighted works.

2. Plaintiff Strike 3 Holdings, LLC has filed thousands of lawsuits alleging infringement of its adult pornographic movies.  While they cite winning awards, their movies are little more than two people having sex in various locations with music running in the background.

3. These are not "original works" within the meaning of the copyright laws since there is nothing original about two or more people having sex on video camera.

4. There are in fact hundreds, if not thousands of companies producing the same types of videos (two or more people having sex, in various locations, with music playing) with close up videos.  There is nothing new or novel about these videos.  As such, they should not be entitled to copyright protection.

5. Moreover, Plaintiff files its complaints alleging a whole host of things ("additional evidence") that are false and which were denied in Defendant's

DEFENDANT'S COUNTERSUIT FOR DECLARATORY JUDGMENT

2

answer. They do this for an improper purpose (which is to prevent Defendants from challenging their pleading with a motion to dismiss, since their allegations must be taken as true (subject to the *Cobbler Nevada* case).

6. Simply put, it is not fair to subject Defendants across the United States (including the Defendant in this matter) to these types of embarrassing lawsuits based on false information that would be easily detected with a simple search.

7. WHEREFORE, Defendant seeks the Court to declare Defendant a non-infringer of Plaintiff's Works and declare Defendant the prevailing party to this litigation and award costs and attorney fees.

8. Strike 3 Holdings has dismissed cases in the past during the litigation process when it has determined they have pursued the wrong party. In order to prevent them from a "cut and run" strategy to dismiss the Defendant to avoid attorney fee liability, it is important to allow Defendant to seek Declaratory relief and seek damages and attorney fee awards in the very likely event this happens in this case for a lack of evidence.

WHEREFORE, defendants seek declaratory judgment as follows:

1. For declaratory judgment in favor of defendants and against plaintiff, dismissing plaintiff's Complaint with prejudice; and declaring Defendant is not an infringer of Plaintiff's alleged copyrighted Works, and is the prevailing party to this action.

2. For all costs incurred herein.

DEFENDANT'S COUNTERSUIT FOR DECLARATORY JUDGMENT

3

3.    For attorney's fees.

4.    For such further relief as the Court in its discretion deems just, equitable and proper.

5.    Defendant seeks a jury trial.

RESPECTFULLY SUBMITTED

DATED this 19th day of December 2025.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**

By /s/ SteveVondran
    Steven C. Vondran, Esq.
    *Attorneys for IP 172.115.99.121*
    *JOHN DOE DEFENDANT*

DEFENDANT'S COUNTERSUIT FOR DECLARATORY JUDGMENT
4

## <u>CERTIFICATE OF SERVICE</u>

**ORIGINAL** of the foregoing *e-filed* this

19th day of December 2025, to all registered ECF users:

Law Offices of Lincoln Bandlow, P.C.
1801 Century Park E. Suite 2400
Los Angeles, California 90067
**Attn: Lincoln Dee Bandlow, Esq.**
Email:  lincoln@bandlowlaw.com

Executed on December 19, 2025, at Phoenix, Arizona

By:    */s/    Lisa Vondran*
          Lisa Vondran, Assistant

DEFENDANT'S COUNTERSUIT FOR DECLARATORY JUDGMENT
5